IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY JONES, | ) |
| PLAINTIFF, | ) CASE NO. 5:03-cv-123 |
| v. | ) |
| | ) HON. HUGH W. BRENNEMAN, JR. |
| LANSING HOUSING COMMISSION and CHRIS STUCHELL in his capacity as executive director, and CARMEN GOMEZ in her capacity as Section 8 coordinator | ) |
| DEFENDANTS. | ) |

## JUDGMENT

This action was brought before the Court upon Plaintiff's complaint, and the parties having consented to entry of the judgment set forth below, and the Court being otherwise fully advised in the premises:

It is Ordered and Adjudged as follows:

That the Plaintiff Shirley Jones recover of the Defendant Lansing Housing Commission the sum of Three Thousand Nine Hundred Twelve and no/00 Dollars ($3912.00), with interest thereon as provided by law, as damages.

Page two

That Plaintiff's claims against Defendants Chris Stuchell and Carmen Gomez are dismissed.

Dated at Grand Rapids, Michigan, this 30th day of August, 2004

/s/ Hugh W. Brenneman, Jr.
_____
**HON. HUGH W. BRENNEMAN, JR.**
**U.S. Magistrate Judge**

(Countersigned)

_____, Clerk of Court

Approved by:

Date: _____    _____
                    Shirley Jones, Plaintiff

Date: 8/24/04       _____
                    Sarah E. Bouck P40216
                    Attorney for Plaintiff

Date: 8/24/04       _____
                    Steven Dunnings P36086
                    Attorney for Defendant

Prepared by:

LEGAL SERVICES OF SOUTH CENTRAL MICHIGAN

    BY:_____
    Sarah E. Bouck (P 40216)
    Attorney for Plaintiff